# UNITED STATES *v.* HAMILTON.

ON CERTIFICATE OF DIVISION IN OPINION BETWEEN THE JUDGES OF THE CIRCUIT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF TENNESSEE.

Submitted October Term, 1882.—Decided October 15th, 1883.

*Practice*

This court will not take cognizance of a division of opinion between the judges of a circuit court on a motion to quash an indictment.

Mr. Justice Bradley delivered the opinion of the court.

The certificate of division in this case was made on a division in opinion between the judges on a motion to quash the indictment. As a motion to quash is always addressed to the discretion of the court, a decision upon it is not error, and cannot be reviewed on a writ of error. In the case of *United States v. Rosenburgh*, 7 Wall. 580, we decided the precise point, that this court cannot take cognizance of a division of opinion between the judges of a circuit court upon a motion to quash an indictment. This decision was re-affirmed in *United States v. Avery*, 13 Wall. 251, and in *United States v. Canda*, decided at October term 1881.

*The case, not being properly before us, is dismissed.*